[No. 10996-8-III.   Division Three.   October 10, 1991.]

THOMAS J. KIBLEN, *Appellant*, v. ROBERT WETZLER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 89-2-00114-9, Thomas E. Merryman, J.,

entered July 12, 1990. *Affirmed* by unpublished opinion per Green, J. Pro Tem., concurred in by Shields, C.J., and Thompson, J.